JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| VICTOR MANUAL GOMEZ CHAVEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. EDCV 26-4076-AS<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Moot,

The Petition is GRANTED IN PART.

DATED: October 5, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE